**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-08329-PCT-SPL |
| Plaintiff, | |
| vs. | **ORDER OF DETENTION** |
| Elliott Quinton Dahkoshay, | |
| Defendant. | |

Defendant was released on Pretrial Supervision on November 27, 2018. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release. Defendant was arrested and appears before the Court with counsel.

Counsel for defendant advises the Court, and defendant confirms on the record, that defendant wishes to waive his right to a hearing on the petition and admit to Allegation No. 1 in the petition.

Based on the defendant's admission, the Court finds that defendant violated at least one condition of his release. Further, the Court finds that defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 12th day of June, 2019

_____
Michelle H. Burns
United States Magistrate Judge